UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

THE VILLAS OF COCOA VILLAGE LLC

Debtor.

_____/

Case No. 6:22-bk-03286-TPG
Chapter 11

## NOTICE OF EFFECTIVE DATE OF DEBTOR'S PLAN OF REORGANIZATION

THE VILLAS OF COCOA VILLAGE LLC ("Debtor") hereby gives notice of the effective date of the Debtor's First Amended Chapter 11 Plan of Reorganization (Doc. No. 176), the Debtor's Amendment No. 1 to First Amended Plan dated March 15, 2023 (Doc. No. 198), and the Debtor's Amendment No. 2 to First Amended Plan dated March 16, 2023 (Doc. No. 200) (collectively, the "Plan"). On April 17, 2023, the Court entered its *Order Approving Debtor's First Amended Disclosure Statement and Confirming Debtor's First Amended Chapter 11 Plan of Reorganization* (Doc. No. 219). **The Effective Date of the Plan is May 1, 2023.**

Dated: May 8, 2023

Respectfully submitted,

*/s/ C. Andrew Roy*
C. ANDREW ROY
Florida Bar No. 91629
aroy@whww.com
LAUREN M. REYNOLDS
Florida Bar No. 112141
lreynolds@whww.com
**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
329 Park Avenue North, Second Floor
Post Office Box 880
Winter Park, FL 32790-0880
Attorneys for Debtor
Telephone: (407) 423-4246
Fax: (407) 645-3728

## CERTIFICATE OF SERVICE

I CERTIFY that on May 8, 2023, a true copy of the foregoing notice has been sent via:

***CM/ECF to:***

US Trustee, George C. Young Federal Bldg., 400 West Washington Street, Suite 1100, Orlando, FL 32801
Audrey M. Aleskovsky, Esquire, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210
Brevard County Tax Collector, c/o Michael D. Lessne, Esquire, 100 S. E. 3rd Avenue, 10th Floor, Fort Lauderdale, FL 33394-0002
D&S Investment Capital, LLC, c/o Michael A. Nardella, Esquire, 135 West Central Blvd., Suite 300, Orlando, FL 32801-2435
The Official Committee of Unsecured Creditors, c/o James A. Timko, Shutts & Bowen, LLP, 300 S. Orange Avenue, Suite 1600, Orlando, FL 32801-3382

***U.S. Mail to:***

The Villas of Cocoa Village LLC, c/o Robert Harvey, 29 Riverside Drive, # 601, Cocoa, FL 32922
All Creditors and Parties of Interest listed on the mailing matrix attached hereto

/s/ C. Andrew Roy
C. ANDREW ROY

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:22-bk-03286-TPG<br>Middle District of Florida<br>Orlando<br>Mon May  8 12:33:49 EDT 2023 | Michael & Gwendolyn Anello<br>Latham, Luna, Eden & Beaudine, LLP<br>c/o Daniel A. Velasquez<br>201 S. Orange Ave., Suite 1400<br>Orlando, FL 32801-3483 | Albert H. Berghuis<br>3026 Dunhill Drive<br>Cocoa, FL 32926-5892 |
| Brevard County Tax Collector<br>Brevard County Tax Collector<br>Attn:  Honorable Lisa Cullen, CFC<br>Post Office Box 2500<br>Titusville, FL 32781-2500 | City of Cocoa<br>City of Cocoa<br>c/o Lawrence M. Kosto, Esquire<br>1517 E. Robinson Street<br>Orlando, FL 32801-2121 | Nancy Elliott<br>3406 Indian River Dr.<br>Cocoa, FL 32926-6627 |
| Ryan & Amy Moreau<br>Latham, Luna, Eden & Beaudine, LLP<br>c/o Daniel A. Velasquez<br>201 S. Orange Ave.<br>Suite 1400<br>Orlando, FL 32801-3483 | STEPHEN A. ELLIS<br>DAVIES, HOUSER & SECREST, CPA, P.A.<br>535 Delannoy Avenue<br>Cocoa, FL 32922-7844 | Linda Streetman<br>Coldwell Banker Realty<br>7100 N Atlantic Avenue<br>Cape Canaveral, FL 32920-3736 |
| The Villas of Cocoa Village LLC<br>c/o Robert Harvey<br>29 Riverside Drive, # 601<br>Cocoa, FL 32922-8211 | Winderweedle, Haines, Ward & Woodman, P.A.<br>c/o C. Andrew Roy<br>PO Box 880<br>Winter Park, FL 32790-0880 | 321CPR.LLC<br>29 Riverside Drive #601<br>Cocoa FL 32922-8211 |
| A+ Garage Door Services<br>c/o Tom Pennea<br>3240 Whitehorse Court<br>Deltona, FL 32738-1205 | Albert Berghuis and Natalie Rymer<br>c/o Daniel A. Velasquez, Esq<br>Latham Luna Eden & Beaudine, LLP<br>201 S. Orange Avenue, Suite 1400<br>Orlando, Florida 32801-3483 | Albert S. Chowanksy<br>Kathryn M. Moore<br>892 Florida Ave.<br>Cocoa FL 32922-7823 |
| Albert S. Chowansky<br>Kathryn M. Moore<br>892 Florida Ave<br>Cocoa, FL 32922-7823 | Anderson Rentals<br>PO Box 765<br>Mims, FL 32754-0765 | Anne & Eric Meier<br>415 Deb Lane<br>Merritt Island FL 32952-4915 |
| Assembly Tax 36 LLC FBO SEC PTY<br>PO Box 12225<br>Newark, NJ 07101-3411 | Barrett Custom Fabrication<br>6430 Anderson Way<br>Melbourne FL 32940-7407 | Black Cub LLC<br>200 South Park Rd Ste 425<br>Hollywood, FL 33021-8362 |
| Black Cub SB Muni Cust for<br>PO Box 31191<br>Tampa FL 33631-3191 | Brevard County Tax Collector<br>PO Box 2500<br>Titusville FL 32781-2500 | Brevard County Tax Collector<br>c/o Michael D. Lessne, Esq.<br>Counsel in Case No. 6:22-bk-03286-TPG<br>100 SE 3rd Ave, 10th Floor<br>Fort Lauderdale, FL 33394-0002 |
| CCH FL 2 LLC<br>PO Box 54274<br>New Orleans LA 70154-4274 | Canal Tax LLC<br>200 South Park Rd Ste 425<br>Hollywood, FL 33021-8362 | Canal Tax SB Muni Cust for<br>Canal Tax<br>PO Box 31191<br>Tampa FL 33631-3191 |
| Christopher Angel<br>Sara Barna<br>32 Littlejohn Lane<br>Rockledge, FL 32955-2411 | City of Cocoa<br>65 Stone Street<br>Cocoa FL 32922-7982 | City of Cocoa<br>c/o Kosto & Rotella, P.A.<br>PO Box 113<br>Orlando, FL 32802-0113 |

| | | |
|---|---|---|
| City of Cocoa<br>c/o Lawrence M. Kosto, Esquire<br>P.O. Box 113<br>Orlando, FL 32802-0113 | Community Red Co and Banesco<br>8724 SW 72 Street<br>#382<br>Miami FL 33173-3512 | Connie Harvey<br>29 Riverside Drive #601<br>Cocoa FL 32922-8211 |
| Cottages at Cocoa Village<br>Homeowners Association, Inc.<br>PO Box 140882<br>Orlando FL 32814-0882 | D & S Investment Capital, LLC<br>c/o Michael A. Nardella, Esq.<br>135 W. Central Blvd., Ste. 300<br>Orlando, FL 32801-2435 | D&S Investment Capital, LLC<br>2871 Delaney Avenue<br>Orlando FL 32806-5412 |
| David Dewitt<br>525 Indian River Avenue #406<br>Titusville, FL 32796-3579 | David G. Larkin, Esquire<br>Fallace & Larkin, L.C.<br>1900 S. Hickory St., Suite A<br>Melbourne FL 32901-4664 | Debra Macchio<br>117 W. Gadsden Lane<br>Cocoa Beach, FL 32931-3631 |
| Debra S. Babbnutcher, Esq.<br>111 N. Orange Ave<br>Suite 2000<br>Orlando FL 32801-2327 | Evolve Bankcorp, Inc.<br>Evolve Bank & Trust<br>6070 Poplar Avenue<br>Suite 200<br>Memphis TN 38119-3910 | Express Roll Off Dumpsters<br>193 Peregrine Road<br>Indialantic, FL 32903-4742 |
| FPL<br>General Mail Facility<br>Miami FL 33188-0001 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Gregory Scott Washburn<br>1598 Outrigger Circle<br>Rockledge FL 32955-7500 |
| Gwendolyn & Michael Anello<br>434 Delannoy Ave, Suite 205<br>Cocoa, FL 32922-7998 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| JAKS Design & Project<br>3150 N. Wickham Road<br>Suite 3<br>Melbourne FL 32935-2322 | Jim Stripling<br>41 River Ridge Drive<br>Rockledge FL 32955-2948 | John & Jan Seage<br>890 Florida Ave.<br>Cocoa FL 32922-7823 |
| Justin Grimes<br>Brandi Evans<br>2831 Dunhill Drive<br>Cocoa, FL 32926-5871 | Kendal Mullen<br>833 Lorenza Place<br>Rockledge FL 32955-4615 | Lisa Cullen, CFC<br>Brevard County Tax Collector<br>P.O. Box 2500<br>Titusville, FL 32781-2500 |
| Madeline Shapiro<br>916 Ocaso Lane, Unit 205<br>Rockledge, FL 32955-4512 | Mark Callender<br>565A West Pacific Avenue<br>PO Box 4052<br>Telluride CO 81435-4052 | Mercury Funding LLC<br>PO Box 772837<br>Memphis TN 38177-2837 |
| Michael S. Grogan<br>7115 Pena Lane<br>Melbourne FL 32940-7647 | Michael S. Grogan<br>890 Florida Ave.<br>Cocoa FL 32922-7823 | Michael and Gwendolyn Anello<br>c/o Daniel A. Velasquez<br>Latham, Luna, Eden & Beaudine, LLP<br>201 S. Orange Ave., Suite 1400<br>Orlando, Florida 32801-3483 |

| | | |
|---|---|---|
| Nancy Elliott<br>c/o Aldo G. Bartolone, Jr.<br>BARTOLONE LAW PLLC<br>13506 Summerport Village Pkwy, Suite 325<br>Windermere, FL 34786-7366 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Patti Dietz<br>905 Great Bend Road<br>Altamonte Springs FL 32714-7511 |
| Ram Tax Lien Fund LP<br>RTLF-FL, LLC<br>PO Box 8401<br>Carol Stream IL 60197-8401 | Rencher Realty Group, LLC<br>121 S. Orange Avenue, Suite 1590<br>Orlando, FL 32801-3221 | Residential Elevators<br>2910 Kerry Forest Parkway<br>D4-1<br>Tallahassee FL 32309-6892 |
| Robert & Connie Harvey<br>29 Riverside Drive # 601<br>Cocoa FL 32922-8211 | Robert A. Marin<br>PO Box 140882<br>Orlando, FL 32814-0882 | Robert C. Dietz<br>905 Great Bend Road<br>Altamonte Springs FL 32714-7511 |
| Robert D. Harvey<br>29 Riverside Drive, #601<br>Cocoa FL 32922-8211 | Robert Harvey<br>29 Riverside Drive<br># 601<br>Cocoa FL 32922-8211 | Ryan & Amy Moreau<br>518 Jefferson Avenue<br>Cape Canaveral, FL 32920-2206 |
| Ryan and Amy Moreau<br>c/o Daniel A. Velasquez<br>201 S. Orange Ave., Suite 1400<br>Orlando, Florida 32801-3483 | Sandra & Charles Burns<br>113 Grimes Street<br>Cocoa, FL 32922-7518 | Savvy FL LLC FTB<br>Collateral Assignee<br>PO Box 1000<br>Dept. # 3035<br>Memphis TN 38148-3035 |
| TLOA of Florida LLLC<br>Capitol One Bank<br>PO Box 54077<br>New Orleans LA 70154-4077 | The Barraza-Marin Group, LLC<br>PO Box 140882<br>Orlando, FL 32814-0882 | Theodore Jarratt<br>12516 Cardinal Point Road<br>Charlotte NC 28269-5110 |
| Tiffany & Michael Johnston<br>5311 Norwich Court<br>Rockledge FL 32955-7023 | Tommy Barraza<br>PO Box 140882<br>Orlando, FL 32814-0882 | Veneto Builders LLC<br>478 E. Altamonte Drive<br>Suite 108 # 650<br>Altamonte Springs FL 32701-4622 |
| West Wind Breeze LLC<br>623 SW 53rd Terrace<br>Cape Coral FL 33914-6549 | Yardman Industries, LLC<br>100 Riverside Drive, #A202<br>Cocoa, FL 32922-7864 | Robert Altman +<br>PO Box 922<br>Palatka, FL 32178-0922 |
| Lawrence M Kosto +<br>Kosto & Rotella, P.A.<br>1517 E. Robinson Street<br>Orlando, FL 32801-2969 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | (c)ALDO G BARTOLONE JR+<br>BERMAN LAW GROUP<br>3351 NW 2ND AVE<br>BOCA RATON FL 33431-6622 |
| Michael A Nardella +<br>Nardella & Nardella, PLLC<br>135 West Central Boulevard, Suite 300<br>Orlando, FL 32801-2435 | Michael D Lessne +<br>Michael D. Lessne, P.A. dba Lessne Law<br>100 S.E. 3rd Avenue<br>Ste 10th Floor<br>Fort Lauderdale, FL 33394-0002 | James A Timko +<br>Shutts & Bowen, LLP<br>300 S Orange Avenue, Suite 1600<br>Orlando, FL 32801-3382 |

C Andrew Roy +
Winderweedle, Haines, Ward & Woodman, PA
Post Office Box 880
Winter Park, FL 32790-0880

Daniel A Velasquez +
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Ste. 1400
Orlando, FL 32801-3483

Audrey M Aleskovsky +
Office of the United States Trustee
George C. Young Federal Building
400 West Washington St, Suite 1100
Orlando, FL 32801-2210

Lauren M Reynolds +
Winderweedle Haines Ward and Woodman PA
329 North Park Avenue
Winter Park, FL 32789-7421


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Ogden UT 84201-0039


Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).


Aldo G Bartolone Jr+
Berman Law Group
3351 NW Boca Raton Blvd.
Boca Raton, FL 33431


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)D & S Investment Capital

(u)The Official Committee of Unsecured Credit

(u)James A Timko
Shutts & Bowen LLP
300 S. Orange Avenue, Suite 1600
Orlando32801 United States


(d)Albert H. Berghuis
3026 Dunhill Drive
Cocoa, FL 32926-5892

(d)Assembly Tax 36, LLC
FBO Sec Pty
PO Box 12225
Newark NJ 07101-3411

(d)D&S Investment Capital, LLC
2871 Delaney Avenue
Orlando FL 32806-5412


(d)John & Jan Seage
890 Florida Avenue
Cocoa FL 32922-7823

(d)Nancy Elliott
3406 Indian River Drive
Cocoa FL 32926-6627

(d)Robert Altman +
PO Box 922
Palatka, FL 32178-0922

End of Label Matrix  
Mailable recipients    93  
Bypassed recipients     9  
Total                 102