UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No. 6:22-bk-03286-TPG
                                                          Chapter 11

THE VILLAS OF COCOA VILLAGE LLC

                        Debtor.

_____/

### DEBTOR'S MOTION TO ADMINISTRATIVELY CLOSE CHAPTER 11 CASE

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801 within 21 days from the date of the attached proof of service, plus an additional 3 days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice of hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

THE VILLAS OF COCOA VILLAGE LLC (the "Debtor"), files this Motion to Administratively Close Chapter 11 Case. In support, the Debtor states:

1.      On April 11, 2023, this Court entered an Order Approving Debtor's First Amended Disclosure Statement and Confirming Debtor's First Amended Chapter 11 Plan of Reorganization (the "Confirmation Order") (Doc. No. 219), which confirmed the Debtor's First Amended Chapter 11 Plan of Reorganization dated February 15, 2023 (Doc. No. 176), the Debtor's Amendment No. 1 to First Amended Plan dated March 15, 2023 (Doc. No. 198), and the Debtor's Amendment No.

2 to First Amended Plan dated March 16, 2023 (Doc. No. 200) (collectively, the "Confirmed Plan").

2.       The Confirmed Plan became effective on May 1, 2023, and the Debtor filed a Notice of Effective Date on May 8, 2023 (Doc. No. 224) pursuant to the Confirmed Plan.

3.       Also, on the Effective Date and pursuant to the Confirmed Plan, the Debtor, through its counsel, paid in full the administrative claim of Shutts & Bowen, counsel for the Official Committee of Unsecured Committee (the "Committee"), in the amount of $51,559.32 from the Contribution Fund held in trust with Debtor's counsel. The Committee has been disbanded.

4.       All monthly reports and payments due to the U.S. Trustee are current.

5.       The Confirmed Plan has been substantially consummated in accordance with 11 U.S.C. § 1101(2) and the estate has been fully administered, except for the completion of plan payments and claim objections.

6.       All litigation has concluded except to the extent that the Court has retained jurisdiction over certain pending matters and objections to claims, and undersigned counsel states that to the best of counsel's knowledge, there are no outstanding issues that would preclude the administrative closure of this case.

7.       By this Motion, the Debtor seeks an order administratively closing this case, provided that such order shall not operate to close the case for purposes of 28 U.S.C. § 1930 Appendix Part (11), 11 U.S.C. § 362(c)(2)(A), or Fed. R. Bankr. P. 4006.

8.       After the completion and sale of all Units, the Debtor will move to reopen this case for the purpose of filing claim objections, making final payments on Allowed claims, obtaining a discharge, and obtaining entry of a final decree.

WHEREFORE, the Debtor respectfully requests that this Court enter an order administratively closing this Chapter 11 case without entry of a discharge and for such other and further relief as the Court Deems Appropriate.

Dated May 25, 2023.

/s/ C. Andrew Roy
C. ANDREW ROY
Florida Bar No. 91629
aroy@whww.com
LAUREN M. REYNOLDS
Florida Bar No. 112141
lreynolds@whww.com
**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
329 Park Avenue North, Second Floor
Post Office Box 880
Winter Park, FL 32790-0880
Attorneys for Debtor
Telephone: (407) 423-4246
Fax: (407) 645-3728

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 25, 2023, a true copy of the foregoing has been sent via:

*CM/ECF to:*

US Trustee, George C. Young Federal Bldg., 400 West Washington Street, Suite 1100, Orlando, FL 32801
Audrey M. Aleskovsky, Esquire, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210
Brevard County Tax Collector, c/o Michael D. Lessne, Esquire, 100 S. E. 3rd Avenue, 10th Floor, Fort Lauderdale, FL 33394-0002
D&S Investment Capital, LLC, c/o Michael A. Nardella, Esquire, 135 West Central Blvd., Suite 300, Orlando, FL 32801-2435

*US Mail to:*

The Villas of Cocoa Village LLC, c/o Robert Harvey, 29 Riverside Drive, # 601, Cocoa, FL 32922
All Creditors and Parties of Interest listed on the mailing matrix attached hereto

/s/ C. Andrew Roy
C. ANDREW ROY

Label Matrix for local noticing
113A-6
Case 6:22-bk-03286-TPG
Middle District of Florida
Orlando
Thu May 25 10:21:58 EDT 2023

Michael & Gwendolyn Anello
Latham, Luna, Eden & Beaudine, LLP
c/o Daniel A. Velasquez
201 S. Orange Ave., Suite 1400
Orlando, FL 32801-3483

Albert H. Berghuis
3026 Dunhill Drive
Cocoa, FL 32926-5892

Brevard County Tax Collector
Brevard County Tax Collector
Attn:  Honorable Lisa Cullen, CFC
Post Office Box 2500
Titusville, FL 32781-2500

City of Cocoa
City of Cocoa
c/o Lawrence M. Kosto, Esquire
1517 E. Robinson Street
Orlando, FL 32801-2121

Nancy Elliott
3406 Indian River Dr.
Cocoa, FL 32926-6627

Ryan & Amy Moreau
Latham, Luna, Eden & Beaudine, LLP
c/o Daniel A. Velasquez
201 S. Orange Ave.
Suite 1400
Orlando, FL 32801-3483

STEPHEN A. ELLIS
DAVIES, HOUSER & SECREST, CPA, P.A.
535 Delannoy Avenue
Cocoa, FL 32922-7844

Linda Streetman
Coldwell Banker Realty
7100 N Atlantic Avenue
Cape Canaveral, FL 32920-3736

The Villas of Cocoa Village LLC
c/o Robert Harvey
29 Riverside Drive, # 601
Cocoa, FL 32922-8211

Winderweedle, Haines, Ward & Woodman, P.A.
c/o C. Andrew Roy
PO Box 880
Winter Park, FL 32790-0880

321CPR.LLC
29 Riverside Drive #601
Cocoa FL 32922-8211

A+ Garage Door Services
c/o Tom Pennea
3240 Whitehorse Court
Deltona, FL 32738-1205

Albert Berghuis and Natalie Rymer
c/o Daniel A. Velasquez, Esq
Latham Luna Eden & Beaudine, LLP
201 S. Orange Avenue, Suite 1400
Orlando, Florida 32801-3483

Albert S. Chowanksy
Kathryn M. Moore
892 Florida Ave.
Cocoa FL 32922-7823

Albert S. Chowansky
Kathryn M. Moore
892 Florida Ave
Cocoa, FL 32922-7823

Anderson Rentals
PO Box 765
Mims, FL 32754-0765

Anne & Eric Meier
415 Deb Lane
Merritt Island FL 32952-4915

Assembly Tax 36 LLC FBO SEC PTY
PO Box 12225
Newark, NJ 07101-3411

Barrett Custom Fabrication
6430 Anderson Way
Melbourne FL 32940-7407

Black Cub LLC
200 South Park Rd Ste 425
Hollywood, FL 33021-8362

Black Cub SB Muni Cust for
PO Box 31191
Tampa FL 33631-3191

Brevard County Tax Collector
PO Box 2500
Titusville FL 32781-2500

Brevard County Tax Collector
c/o Michael D. Lessne, Esq.
Counsel in Case No. 6:22-bk-03286-TPG
100 SE 3rd Ave, 10th Floor
Fort Lauderdale, FL 33394-0002

CCH FL 2 LLC
PO Box 54274
New Orleans LA 70154-4274

Canal Tax LLC
200 South Park Rd Ste 425
Hollywood, FL 33021-8362

Canal Tax SB Muni Cust for
Canal Tax
PO Box 31191
Tampa FL 33631-3191

Christopher Angel
Sara Barna
32 Littlejohn Lane
Rockledge, FL 32955-2411

City of Cocoa
65 Stone Street
Cocoa FL 32922-7982

City of Cocoa
c/o Kosto & Rotella, P.A.
PO Box 113
Orlando, FL 32802-0113

City of Cocoa
c/o Lawrence M. Kosto, Esquire
P.O. Box 113
Orlando, FL 32802-0113

Community Red Co and Banesco
8724 SW 72 Street
#382
Miami FL 33173-3512

Connie Harvey
29 Riverside Drive #601
Cocoa FL 32922-8211

Cottages at Cocoa Village
Homeowners Association, Inc.
PO Box 140882
Orlando FL 32814-0882

D & S Investment Capital, LLC
c/o Michael A. Nardella, Esq.
135 W. Central Blvd., Ste. 300
Orlando, FL 32801-2435

D&S Investment Capital, LLC
2871 Delaney Avenue
Orlando FL 32806-5412

David Dewitt
525 Indian River Avenue #406
Titusville, FL 32796-3579

David G. Larkin, Esquire
Fallace & Larkin, L.C.
1900 S. Hickory St., Suite A
Melbourne FL 32901-4664

Debra Macchio
117 W. Gadsden Lane
Cocoa Beach, FL 32931-3631

Debra S. Babbnutcher, Esq.
111 N. Orange Ave
Suite 2000
Orlando FL 32801-2327

Evolve Bankcorp, Inc.
Evolve Bank & Trust
6070 Poplar Avenue
Suite 200
Memphis TN 38119-3910

Express Roll Off Dumpsters
193 Peregrine Road
Indialantic, FL 32903-4742

FPL
General Mail Facility
Miami FL 33188-0001

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Gregory Scott Washburn
1598 Outrigger Circle
Rockledge FL 32955-7500

Gwendolyn & Michael Anello
434 Delannoy Ave, Suite 205
Cocoa, FL 32922-7998

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

JAKS Design & Project
3150 N. Wickham Road
Suite 3
Melbourne FL 32935-2322

Jim Stripling
41 River Ridge Drive
Rockledge FL 32955-2948

John & Jan Seage
890 Florida Ave.
Cocoa FL 32922-7823

Justin Grimes
Brandi Evans
2831 Dunhill Drive
Cocoa, FL 32926-5871

Kendal Mullen
833 Lorenza Place
Rockledge FL 32955-4615

Lisa Cullen, CFC
Brevard County Tax Collector
P.O. Box 2500
Titusville, FL 32781-2500

Madeline Shapiro
916 Ocaso Lane, Unit 205
Rockledge, FL 32955-4512

Mark Callender
565A West Pacific Avenue
PO Box 4052
Telluride CO 81435-4052

Mercury Funding LLC
PO Box 772837
Memphis TN 38177-2837

Michael S. Grogan
7115 Pena Lane
Melbourne FL 32940-7647

Michael S. Grogan
890 Florida Ave.
Cocoa FL 32922-7823

Michael and Gwendolyn Anello
c/o Daniel A. Velasquez
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801-3483

Nancy Elliott
c/o Aldo G. Bartolone, Jr.
BARTOLONE LAW PLLC
13506 Summerport Village Pkwy, Suite 325
Windermere, FL 34786-7366

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

Patti Dietz
905 Great Bend Road
Altamonte Springs FL 32714-7511

Ram Tax Lien Fund LP
RTLF-FL, LLC
PO Box 8401
Carol Stream IL 60197-8401

Rencher Realty Group, LLC
121 S. Orange Avenue, Suite 1590
Orlando, FL 32801-3221

Residential Elevators
2910 Kerry Forest Parkway
D4-1
Tallahassee FL 32309-6892

Robert & Connie Harvey
29 Riverside Drive # 601
Cocoa FL 32922-8211

Robert A. Marin
PO Box 140882
Orlando, FL 32814-0882

Robert C. Dietz
905 Great Bend Road
Altamonte Springs FL 32714-7511

Robert D. Harvey
29 Riverside Drive, #601
Cocoa FL 32922-8211

Robert Harvey
29 Riverside Drive
# 601
Cocoa FL 32922-8211

Ryan & Amy Moreau
518 Jefferson Avenue
Cape Canaveral, FL 32920-2206

Ryan and Amy Moreau
c/o Daniel A. Velasquez
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801-3483

Sandra & Charles Burns
113 Grimes Street
Cocoa, FL 32922-7518

Savvy FL LLC FTB
Collateral Assignee
PO Box 1000
Dept. # 3035
Memphis TN 38148-3035

TLOA of Florida LLLC
Capitol One Bank
PO Box  54077
New Orleans LA 70154-4077

The Barraza-Marin Group, LLC
PO Box 140882
Orlando, FL 32814-0882

Theodore Jarratt
12516 Cardinal Point Road
Charlotte NC 28269-5110

Tiffany & Michael Johnston
5311 Norwich Court
Rockledge FL 32955-7023

Tommy Barraza
PO Box 140882
Orlando, FL 32814-0882

Veneto Builders LLC
478 E. Altamonte Drive
Suite 108 # 650
Altamonte Springs FL 32701-4622

West Wind Breeze LLC
623 SW 53rd Terrace
Cape Coral FL 33914-6549

Yardman Industries, LLC
890 Florida Ave.
Cocoa, FL 32922-7823

Robert Altman +
PO Box 922
Palatka, FL 32178-0922

Lawrence M Kosto +
Kosto & Rotella, P.A.
1517 E. Robinson Street
Orlando, FL 32801-2969

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

(c)ALDO G BARTOLONE JR+
BERMAN LAW GROUP
3351 NW 2ND AVE
BOCA RATON FL  33431-6622

Michael A Nardella +
Nardella & Nardella, PLLC
135 West Central Boulevard, Suite 300
Orlando, FL 32801-2435

Michael D Lessne +
Michael D. Lessne, P.A. dba Lessne Law
100 S.E. 3rd Avenue
Ste 10th Floor
Fort Lauderdale, FL 33394-0002

James A Timko +
Shutts & Bowen, LLP
300 S Orange Avenue, Suite 1600
Orlando, FL 32801-3382

C Andrew Roy +
Winderweedle, Haines, Ward & Woodman, PA
Post Office Box 880
Winter Park, FL 32790-0880

Daniel A Velasquez +
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Ste. 1400
Orlando, FL 32801-3483

Audrey M Aleskovsky +
Office of the United States Trustee
George C. Young Federal Building
400 West Washington St, Suite 1100
Orlando, FL 32801-2210

Lauren M Reynolds +
Winderweedle Haines Ward and Woodman PA
329 North Park Avenue
Winter Park, FL 32789-7421

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Ogden UT 84201-0039

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Aldo G Bartolone Jr+
Berman Law Group
3351 NW Boca Raton Blvd.
Boca Raton, FL 33431

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)D & S Investment Capital

(u)The Official Committee of Unsecured Credit

(u)James A Timko
Shutts & Bowen LLP
300 S. Orange Avenue, Suite 1600
Orlando32801 United States

(d)Albert H. Berghuis
3026 Dunhill Drive
Cocoa, FL 32926-5892

(d)Assembly Tax 36, LLC
FBO Sec Pty
PO Box 12225
Newark NJ 07101-3411

(d)D&S Investment Capital, LLC
2871 Delaney Avenue
Orlando FL 32806-5412

(d)John & Jan Seage
890 Florida Avenue
Cocoa FL 32922-7823

(d)Nancy Elliott
3406 Indian River Drive
Cocoa FL 32926-6627

(d)Robert Altman +
PO Box 922
Palatka, FL 32178-0922

**End of Label Matrix**
| | |
|---|---|
| Mailable recipients | 93 |
| Bypassed recipients | 9 |
| Total | 102 |