**ORDERED.**

Dated: June 23, 2023

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:22-bk-03286-TPG
Chapter 11

THE VILLAS OF COCOA VILLAGE LLC

        Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO ADMINISTRATIVELY
CLOSE CHAPTER 11 CASE (DOC. NO. 230)**

THIS CASE came on for consideration, without a hearing, on the Debtor's Motion to Administratively Close Chapter 11 Case (Doc. No. 230) (the "Motion") pursuant to the negative notice provisions of Local Rule 2002-4. The Court, considering the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, deems the Motion to be uncontested. The Court finds that the Debtor's First Plan of Reorganization (Doc. No. 176), as amended and confirmed, has been substantially consummated in accordance with 11 U.S.C. § 1101(2) and the estate has been fully administered, except for the completion of all plan payments.

    **ORDERED**:

    1.    The Motion (Doc. No. 230) is **GRANTED**.

    2.    This Chapter 11 case is administratively closed.

3. This Order shall not constitute an order closing this case for purposes of 28 U.S.C. § 1930 Appendix Part (11), 11 U.S.C. § 362(c)(2)(A), or Fed. R. Bankr. P. 4006.

4. As set forth in 11 U.S.C. § 1141(a), the provisions of the confirmed plan and confirmation order shall continue to bind the Debtor, the creditors, and other parties in interest.

5. Debtor, any creditor, or any other party in interest may file a motion to reopen this case pursuant to the terms of the confirmed plan without the necessity of paying a filing fee.


C. Andrew Roy, Esquire is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF users and file a proof of service within 3 days of entry of this order.